In the Matter of the ELIMINATION OF THE GRADE CROSSING OF THE NEW YORK CENTRAL RAILROAD COMPANY over the State Highway in the Town of Whitestown.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION et al., Respondents.

(Argued October 15, 1934;  decided November 20, 1934.)

*William R. Stevens, Frederick L. Wheeler* and *Clive C. Handy* for appellant.

*Charles G. Blakeslee* and *Sherman C. Ward* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.